IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

2000 DEC 15 P 3:09

ANDREW TENNEY

  Plaintiff

v.             Case No. MJG-00-1577

MARK SHORTER, et al.

  Defendants

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT KENNETH KNAPP ONLY

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), Plaintiff, Andrew Tenney requests that the above-captioned case be dismissed with prejudice only as to the Defendant Kenneth Knapp.

_____
Catherine Flynn
Mead & Flynn, P.A.
200 East Lexington Street, Suite 407
Baltimore, Maryland 21202
410-727-6400
*Attorneys for Defendant Kenneth*
 *Wallace Knapp*

_____
Robert L. Hanley, Jr.
Nolan, Plumhoff & Williams, Chtd.
502 Washington Avenue, Suite 700
Towson, Maryland 21204
410-823-7800
*Attorneys for the Plaintiff*

_____
Michael H. Burgoyne
Law Office of Michael H. Burgoyne
305 Washington Avenue, Suite 501
Towson, Maryland 21204
410-847-9600
*Attorneys for Defendants Ayman Tomhe*
 *and Sanbrook, Inc.*

Approved this 13th day of December, 2000.

_____
Marvin J. Garbis
United States District Judge